**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THOMAS P. ATHRIDGE, *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 96-2708 (JMF) |
| AETNA CASUALTY AND SURETY COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion in Limine No. 1 (Hypothetical Testimony about Permission) [#214] is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Plaintiffs' Motion in Limine No. 2 (Aetna's Contingent Exhibits and Related Testimony) [#215] is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Plaintiffs' Motion in Limine No. 3 (Prior Trial Testimony) [#226] is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion in Limine [#216] is **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: